

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

June 20, 2025

**By ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    *Re:*    *SEC v. Kushner*, *et al.*, 24-cv-8900 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's Order dated February 18, 2025 (ECF No. 16) and Section III.D of the Court's Individual Rules, Plaintiff Securities and Exchange Commission (the "Commission") and Defendants David Kushner ("Kushner") and La Mancha Funding Corp. ("La Mancha," and collectively with Kushner, "the Defendants") respectfully submit this joint status letter.

    The Commission filed its Complaint in this case on November 21, 2024. (ECF No. 1). On December 5, 2024, the Commission filed a waiver of service signed by counsel for Defendants. (ECF Nos. 7-8).

    On January 27, 2025, Defendants filed a pre-motion application to stay this case pending resolution of a parallel criminal case brought by the Manhattan District Attorney's Office, *People of the State of New York v. David Kushner*, Case # IND-75099-24/001 (N.Y. Sup. Ct., New York County) (the "Criminal Case"). (ECF No. 13). The Commission did not oppose the stay (*id.*), which the Court granted for the reasons stated in Defendants' application (ECF No. 14). Accordingly, this case is stayed pending the resolution of the Criminal Case. (*Id.*)

    In light of the stay, no discovery has taken place in this case, and there are no Court ordered discovery deadlines. Likewise, no motions are currently pending.

    Regarding the Criminal Case, the next hearing is a status conference scheduled for September 4, 2025. No trial date has been set in that case. The Commission continues to receive updates on the status of the Criminal Case from the Manhattan District Attorney's Office and counsel for Defendants.

Hon. Lorna G. Schofield
June 20, 2025
Page 2

      In accordance with this Court's February 18 Order, the parties will file their next joint status letter 60 days from today and will provide the Court with an earlier update in the event of any material development in the Criminal Case.

                                              Respectfully submitted,

                                              <u>/s/ Russell J. Feldman</u>
                                              Russell J. Feldman
                                              Trial Counsel

                                              *Attorney for Plaintiff Securities and*
                                              *Exchange Commission*

cc: Harlan Protass, counsel for Defendants (by ECF)