

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

October 1, 2025

*By ECF*

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *SEC v. Kushner*, *et al.*, 24-cv-8900 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's Order dated February 18, 2025 (ECF No. 16) and Section III.D of the Court's Individual Rules, Plaintiff Securities and Exchange Commission (the "Commission") and Defendants David Kushner ("Kushner") and La Mancha Funding Corp. ("La Mancha," and collectively with Kushner, "the Defendants") respectfully submit this joint status letter.

    The Commission filed its Complaint in this case on November 21, 2024. (ECF No. 1). On December 5, 2024, the Commission filed a waiver of service signed by counsel for the Defendants. (ECF Nos. 7-8).

    On January 27, 2025, the Defendants filed a pre-motion application to stay the instant matter pending resolution of a parallel criminal case brought by the Manhattan District Attorney's Office, *People of the State of New York v. David Kushner*, Case # IND-75099-24/001 (Supreme Court, New York County) (the "Criminal Case"). (ECF No. 13). The Commission did not oppose the stay (*id.*), which the Court granted for the reasons stated in the Defendants' application (ECF No. 14). Accordingly, this case is stayed pending the resolution of the Criminal Case. (*Id.*)

    In light of the stay, no discovery has taken place in this case, and there are no Court ordered discovery deadlines. Likewise, no motions are currently pending.

    Regarding the Criminal Case, and pursuant to a plea agreement dated October 16, 2025, on October 16, 2024 Kushner pled guilty before the Honorable Althea Drysdale of Supreme Court, New York County to a seven-count indictment that included five counts of Grand Larceny in the Second Degree (N.Y. Penal Law § 155.40(1)), one count of

Hon. Lorna G. Schofield
October 1, 2025
Page 2

Grand Larceny in the Third Degree (N.Y. Penal Law § 155.35(1)) and one count of Scheme to Defraud in the First Degree (N.Y. Penal Law § 190.65(1)(b). Sentencing in the Criminal Case is currently scheduled for March 10, 2026. The parties herein anticipate engaging in settlement discussions following sentencing in the criminal case and resolution of the defendant's criminal case currently pending in the United States District Court for the District of New Jersey, *United States v. David Kushner*, Case No. 21-CR-191 (ES) (DNJ). The Commission continues to receive updates on the status of the Criminal Case from the Manhattan District Attorney's Office and counsel for the Defendants.

On October 1, 2025, most Commission personnel will be furloughed (with limited exceptions) and are prohibited from working. Commission counsel assigned to this matter are being furloughed and thus are not available to work on it. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342. In accordance with this Court's February 18 Order, the parties will plan to file their next joint status letter 60 days from today and will provide the Court with an earlier update in the event of any material development in the Criminal Case.

            Respectfully submitted,

            */s/ Paul G. Gizzi*
            Paul G. Gizzi
            Senior Trial Counsel

cc: Harlan Protass, counsel for Defendants (by ECF)